**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CHRISTOPHER LEON BROWN** | ) | **CASE NO.  17-05815-5-SWH** |
| **TRACY MICHELLE BROWN,** | ) | **CHAPTER 7** |
| | ) | |
| **DEBTORS.** | ) | |

## AMENDMENT TO CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served a copy of the Motion for Order Confirming That The Automatic Stay is Not in Effect and Notice of Motion filed on October 5, 2018 on behalf of Santander Consumer USA Inc. on the Debtors at their correct address by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Christopher and Tracy Brown
11803 Wake Bluff Drive
Raleigh, NC  27614

This the 24th day of October, 2018.

KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.


s/___*Pamela P. Keenan*_____
Pamela P. Keenan
N.C. State Bar No. 20328
Attorneys for Santander Consumer USA Inc.
P. O. Box 19766
Raleigh, NC   27619-9766
Telephone:  (919) 848-0420
Facsimile (919) 848-8755

-1-