**SO ORDERED.**

**SIGNED this 15 day of January, 2019.**

*Stephani W. Humrickhouse*
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| CHRISTOPHER LEON BROWN and  ) | Case No.: 17-05815-5-SWH |
| TRACY MICHELLE BROWN,  ) | |
| Debtors.  ) | Chapter 7 |

### ORDER EXTENDING EMPLOYMENT OF REAL ESTATE BROKER

FOR CAUSE SHOWN, IT IS ORDERED, ADJUDGED AND DECREED that the term of the employment of Dana Ben Halim and Keller Williams Preferred Realty as real estate broker in the above-captioned case be extended from January 1, 2019 to and including March 31, 2019.

*END OF DOCUMENT*