UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| CHRISTOPHER LEON BROWN and <br> TRACY MICHELLE BROWN, <br> <br> Debtors. | ) Case No.: 17-05815-5-SWH <br> ) <br> ) Chapter 7 <br> ) <br> ) |

### NOTICE OF PROPOSED PRIVATE SALE AND COMPENSATION OF REALTOR

TO:  All Creditors of Christopher Leon Brown and Tracy Michelle Brown and all other interested parties

Holmes P. Harden, Trustee for the above-referenced Debtors, hereby gives notice that he proposes to sell without court confirmation the real property located at 11803 Wake Bluff Drive, Raleigh, NC 27614 to John Joseph Rainey and Denayswharie Dhanraj for $605,000.00. The buyers have no relationship to the Debtors. The property is listed in debtor's schedules as having a value of $600,000.00. The median price of comparable houses in the neighborhood is $597,000.00, according to Trustee's realtor.

Trustee further gives notice of a realtor's 4.8% commission for Dana Ben Halim of Keller Williams Preferred Realty in the amount of $29,040.00. The court entered an order approving the employment of Dana Ben Halim and Keller Williams Preferred Realty on November 21, 2018. The commission will be shared with buyers' agent James Lee of Redfin Corporation.

Any objection to this proposed private sale and compensation of realtor must be in writing and filed with the Clerk, **United States Bankruptcy Court, Post Office Box 791, Raleigh, North Carolina 27602**, with a copy served on the trustee whose name appears at the bottom of this notice, within twenty-one (21) days of the date of the mailing of this notice. A hearing on any objections to this notice of proposed private sale will be held on a date to be later set by the court. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with costs.

Date of Mailing: January 23, 2019

WILLIAMS MULLEN

BY: /s/ Holmes P. Harden
Holmes P. Harden, Trustee for Debtor
State Bar No. 9835
PO Box 1000
Raleigh, North Carolina 27602
Telephone: 919-981-4000

37886504_1

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing *Notice of Proposed Private Sale and Compensation of Realtor* was served upon all parties of record as indicated below either by electronic service via the CM/ECF system, electronic mail or by mailing a copy thereof at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 23rd day of January, 2019.

BY: */s/ Holmes P. Harden*
Holmes P. Harden
Post Office Box 1000
Raleigh, NC 27602
Telephone: (919) 981-4000

**SERVED VIA CM/ECF:**

**W. Travis Barkley**
barkleylaw@gmail.com

**SERVED VIA EMAIL**

**Marjorie K. Lynch**
Bankruptcy Administrator
Lesley_Cavenaugh@nceba.uscourts.gov
karen_cook@nceba.uscourts.gov

**SERVED VIA US POSTAL SERVICE:**

**Christopher Leon Brown**
11803 Wake Bluff Drive
Raleigh, NC 27614

**Tracy Michelle Brown**
11803 Wake Bluff Drive
Raleigh, NC 27614

**Dana Ben Halim**
**Keller Williams Preferred Realty**
7751 Brier Creek Pkwy
Raleigh, NC 27617

*All Creditors on the attached Mailing Matrix*

37886504_1

<u>**SERVED VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED AND REGULAR U.S. MAIL:**</u>

**Wake County Revenue Dept.**
Attn: County Manager
PO Box 2331
Raleigh, NC 27602

**State Employees Credit Union**
Attn: Managing Agent
12700 Spruce Tree Way
Raleigh, NC 27614

**Phillip E. Greer, Trustee**
For State Employees Credit Union
12700 Spruce Tree Way
Raleigh, NC 27614

**State Employees Credit Union**
c/o Dataquick Lending Solutions
Attn: Recording Department
5300 Brandywine Parkway, Suite 100
Wilmington, DE 19803

**James C. Blaine, Trustee**
P.O. Drawer 25279
Raleigh, NC 27611-5279

**U.S Attorney Robert J. Higdon, Jr.**
Attn: Neal Fowler and C. Michael Anderson
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 17-05815-5-SWH<br>Eastern District of North Carolina<br>Raleigh<br>Mon Jan 14 14:34:21 EST 2019 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| State Employees Credit Union<br>c/o Dataquick Lending Solutions<br>5300 Brandywine Parkway<br>Suite 100<br>Wilmington, DE 19803-1470 | State Employees Credit Union<br>c/o James C. Blaine, Trustee<br>PO Drawer 25279<br>Raleigh, NC 27611-5279 | State Employees Credit Union<br>c/o Phillip E. Greer, Trustee<br>12700 Spruce Tree Way<br>Raleigh, NC 27614-6923 |
| Wake County Revenue Dept.<br>Attn: Manager/Agent<br>Post Office Box 2331, NC 27602-2331 | U. S. Bankruptcy Court<br>300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602-0791 | 5 3 Bank<br>2501 Blue Ridge Road<br>Raleigh, NC 27607-0159 |
| 53 Bank<br>2501 Blue Ridge Road<br>Raleigh, NC 27607-0159 | AMX<br>p o box 650448<br>dallas, TX 75265-0448 | CareCredit/Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| Coastal Federal credit union<br>1000 saint albans dr<br>raleigh, NC 27609-7347 | DHHS<br>5605 six forks<br>raleigh, NC 27609-3811 | East West Capital Partners, LLC<br>16 W Martin Street'<br>Suite 801<br>Raleigh, NC 27601-2968 |
| Family Intervention & Prevention<br>211 Court Street<br>Louisburg, NC 27549-2503 | Nelnet<br>P O Box 82561<br>Lincoln, NE 68501-2561 | New Hope Auto<br>1426 Wilders Grove Ln<br>Raleigh, NC 27604-4704 |
| Oliver and Cheek<br>405 Middle St<br>New Bern, NC 28560-4930 | Parker and Poe<br>301 Fayettville<br>Raleigh, NC 27601-2172 | Shackleford and Warren<br>343 S White St<br>Wake Forest, NC 27587-2916 |
| Sprint Solutions<br>26000 Cannon Road<br>Cleveland, NC 44146-1807 | State Employees' Credit Union<br>3101 Wake Forest Road<br>Raleigh, NC 27609-7845 | TESCOR Support Services, LLC<br>601 W. Rosemary Street<br>Unit 1001<br>Chapel Hill, NC 27516-2356 |
| Tanya V. Smith<br>5601 Pine Rock Court<br>Wake Forest, NC 27587-5582 | Christopher Leon Brown<br>11803 Wake Bluff Drive<br>Raleigh, NC 27614-7606 | Holmes P Harden<br>Williams Mullen<br>A Professional Corporation<br>P. O. Drawer 1000<br>Raleigh, NC 27602-1000 |
| Tracy Michelle Brown<br>11803 Wake Bluff Drive<br>Raleigh, NC 27614-7606 | W. Travis Barkley<br>Barkley Law Offices, P.C.<br>7413 Six Forks Road, #306<br>Raleigh, NC 27615-6164 | |