**VAN–090** Order and Notice to File Claims – Rev. 05/15/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
P.O. Box 791
Raleigh, NC 27602
**Raleigh Division**

IN RE:
Christopher Leon Brown
 *( debtor has no known aliases )*
11803 Wake Bluff Drive
Raleigh, NC 27614

CASE NO.: 17–05815–5–SWH

DATE FILED: November 30, 2017

CHAPTER: 7

Tracy Michelle Brown
 *( debtor has no known aliases )*
11803 Wake Bluff Drive
Raleigh, NC 27614

NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before **May 4, 2019** . Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A Proof of Claim can be obtained at www.nceb.uscourts.gov, or at any bankruptcy clerk's office. It may be filed by regular mail.

As an alternative to filing by regular mail, the claim may be filed electronically at www.nceb.uscourts.gov by accessing the Proof of Claims section. **When filing electronically, it is not necessary to complete a paper claim form.**

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

DATED: January 30, 2019

Stephanie J. Butler
Clerk of Court