**SO ORDERED.**

**SIGNED this 27 day of February, 2019.**

_Stephani W. Humrickhouse_
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEON BROWN and | ) | Case No.: 17-05815-5-SWH |
| TRACY MICHELLE BROWN, | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |

## ORDER APPROVING SALE

This matter comes on to be heard upon the Motion to Approve Private Sale of Property of Holmes P. Harden, Trustee in the above case dated January 23, 2019.

The court finds that this matter is a core proceeding pursuant to 28 U.S.C. § 157, and that the Court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157 and 1334.

The court further finds that the real property to be sold by said trustee is described as: 11803 Wake Bluff Drive, Raleigh, North Carolina.

The property to be sold is as follows:

| Proposed Purchaser | Property to be sold | Proposed Sale Price |
|---|---|---|
| John Joseph Rainey and Denayswharie Dhanraj | 11803 Wake Bluff Drive, Raleigh, NC 27614 | $605,000.00 |

The court further finds that the sale price of said property is fair and reasonable, that proper notice of the sale was mailed to creditors, that no objection was filed, and that confirmation of the sale is in the best interest of the creditors; now therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the sale of the property described hereinabove be, and hereby is, approved.

***END OF DOCUMENT***