# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 17-05815-5-SWH
**Case Name:** BROWN, CHRISTOPHER LEON
BROWN, TRACY MICHELLE
**For Period Ending:** 06/30/2019

**Trustee Name:** (530410) Holmes P. Harden
**Date Filed (f) or Converted (c):** 11/30/2017 (f)
**§ 341(a) Meeting Date:** 01/04/2018
**Claims Bar Date:** 05/04/2019

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | 11803 Wake Bluff Drive, Raleigh, NC 27614  Single-family home, Residence:. Entire property value: $600,000.00 | 600,000.00 | 0.00 | | 599,974.52 | 25.48 | 430,424.63 | 169,575.37 |
| 2 | 2013 Range Rover  Vehicle: 53 Bank has title for a loan of $70k. Entire property value: $65,000.00 | 65,000.00 | 0.00 | | 0.00 | FA | 63,919.96 | 1,080.04 |
| 3 | 2014 Mercedes S Class  Vehicle: 53 Bank own the title for a $50k loan.. Entire property value: $45,000.00 | 45,000.00 | 0.00 | | 0.00 | FA | 43,337.58 | 1,662.42 |
| 4 | Household: furniture; couches; tables; chairs; patio; beds | 5,000.00 | 0.00 | | 0.00 | FA | 0.00 | 5,000.00 |
| 5 | Electronics: laptops; tvs; camera | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 6 | Clothes: clothing; shoes | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 7 | Jewelry: wedding Ring; watch; | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 8 | Deposits of money: Checking Account: State Employee Credit Union | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 9 | Deposits of money: Savings Account: State Employees Credit Union | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 10 | Ret. or Pension Acct.: Retirement: | 40,000.00 | 0.00 | | 0.00 | FA | 0.00 | 40,000.00 |
| 11 | Int. in Ins. policies: Insurance: Under the Brown Family Trust | 250,000.00 | 0.00 | | 0.00 | FA | 0.00 | 250,000.00 |
| 12 | Inheritance: Grandmother Life Insurance Policy | 70,000.00 | 0.00 | | 0.00 | FA | 0.00 | 70,000.00 |
| **12** | **Assets Totals (Excluding unknown values)** | **$1,079,700.00** | **$0.00** | | **$599,974.52** | **$25.48** | **$537,682.17** | **$542,017.83** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

There is one pending Objection to Claim.

**Initial Projected Date Of Final Report (TFR):** 08/30/2019    **Current Projected Date Of Final Report (TFR):** 10/31/2019

07/31/2019
Date

/s/Holmes P. Harden
Holmes P. Harden

Copy Served On: Ms. Marjorie K. Lynch
Bankruptcy Administrator

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 17-05815-5-SWH | Trustee Name: | Holmes P. Harden (530410) |
|---|---|---|---|
| Case Name: | BROWN, CHRISTOPHER LEON<br>BROWN, TRACY MICHELLE | Bank Name:<br>Account #: | Rabobank, N.A.<br>******7800 Checking |
| Taxpayer ID #: | **-***5567 | Blanket Bond (per case limit): | $200,000.00 |
| For Period Ending: | 06/30/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/19 | {1} | John J. Rainey | Earnest money deposit received from John J. Rainey for the purchase of Debtor's residence located at 11803 Wake Bluff Dr., Raleigh, NC 27614. | 1110-000 | 6,000.00 | | 6,000.00 |
| 03/08/19 | {1} | City of Oaks Law Firm | Check received from proceeds of sale of debtor's residence located at 11803 Wake Bluff Drive, Raleigh, NC 27614 per Order Authorizing Sale of Property Free and Clear of Liens filed 10/17/18 (Doc #98). | 1110-000 | 593,974.52 | | 599,974.52 |
| 03/12/19 | 101 | State Employees" Credit Union | Payoff first mortgage on 11803 Wake Bluff Drive, Raleigh, NC, per Order Authorizing Sale of Property Free and Clear of Liens. | 4110-000 | | 390,194.01 | 209,780.51 |
| 03/12/19 | 102 | State Employees" Credit Union | Payoff second mortgage/equity on 11803 Wake Bluff Drive, Raleigh, NC, per Order Authorizing Sale of Property Free and Clear of Liens | 4110-000 | | 33,919.36 | 175,861.15 |
| 03/12/19 | 103 | Keller Williams Preferred Realty | Realtor's Commission per Order Allowing Realtor's Commission on sale of 11803 Wake Bluff Drive, Raleigh, NC 27614 | 3510-000 | | 14,520.00 | 161,341.15 |
| 03/12/19 | 104 | Redfin Corporation | Realtor's Commission per Order Allowing Realtor's Commission on sale of 11803 Wake Bluff Drive, Raleigh, NC 27614 | 3510-000 | | 12,100.71 | 149,240.44 |
| 05/03/19 | 105 | International Sureties, LTD | Bond increase due to large deposits | 2300-000 | | 15.53 | 149,224.91 |
| 05/22/19 | 106 | Christopher L. Brown and Tracy M. Brown | Amount due Debtor and Defendants under Settlement Agreement attached to Motion for Approval To Compromise and Settle Claims filed March 27, 2019 (Doc. #130) and Order Approving same filed April 25, 2019 (Doc. 133) under AP No. 18-00053-5-SWH. | 8500-000 | | 20,000.00 | 129,224.91 |
| | | **COLUMN TOTALS** | | | 599,974.52 | 470,749.61 | $129,224.91 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 599,974.52 | 470,749.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $599,974.52 | $470,749.61 | |

*{ } Asset Reference(s)*  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 17-05815-5-SWH |
| **Case Name:** | BROWN, CHRISTOPHER LEON<br>BROWN, TRACY MICHELLE |
| **Taxpayer ID #:** | **-***5567 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Holmes P. Harden (530410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7800 Checking |
| **Blanket Bond (per case limit):** | $200,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $599,974.52 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $599,974.52 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7800 Checking | $599,974.52 | $470,749.61 | $129,224.91 |
| | **$599,974.52** | **$470,749.61** | **$129,224.91** |

07/31/2019
Date

/s/Holmes P. Harden
Holmes P. Harden